IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| NICHOLAS TEMPLETON,<br><br>　Plaintiff,<br>v.<br><br>CITY OF DES MOINES, IOWA; MICHAEL FONG and JASON NOBLE, in their individual and official capacities,<br><br>　Defendants. | Case No. 4:21-cv-188<br><br><br>**MOTION TO AMEND COMPLAINT AND TO ADD OFFICERS BECKER, DAHLEN AND CUPPY AS DEFENDANTS**<br><br>**(ORAL ARGUMENT REQUESTED)** |

　COMES NOW, Plaintiff Nicholas Templeton ("Templeton"), by and through his attorneys, pursuant to Federal Rule of Civil Procedure 15 and moves to amend his Complaint to add Officers Andrew Becker, Mathieu Dahlen and Brian Cuppy as Defendants. The factual and legal reasons supporting said Motion are fully set forth in the accompanying Brief in Support of Motion to Amend Complaint to Add Officers Becker, Dahlen and Cuppy as Defendants.

　A redline copy of the proposed Amended Complaint is attached hereto.

　WHEREFORE, Plaintiff Nicholas Templeton respectfully requests that this Court to grant his Motion to Amend Complaint to add Officers Andrew Becker, Mathieu Dahlen and Brian Cuppy as Defendants.

　　　　　　　　　　　　　　　　*/s/ Thomas J. Duff*
　　　　　　　　　　　　　　　　*/s/ Jim T. Duff*
　　　　　　　　　　　　　　　　DUFF LAW FIRM, PLC
　　　　　　　　　　　　　　　　The Galleria
　　　　　　　　　　　　　　　　4090 Westown Pkwy, Suite 102
　　　　　　　　　　　　　　　　West Des Moines, Iowa 50266 (515) 224-4999

　　　　　　　　　　　　　　　　jim@tdufflaw.com  tom@tdufflaw.com

*/s/ Benjamin K. Lynch*
Benjamin K. Lynch, AT0013089
The Law Offices of Benjamin K. Lynch, PLC8550 Hickman Road, Clive, Iowa 50325
(515) 276-3921
ben@benlynchlaw.com
**ATTORNEY FOR PLAINTIFF**

Original electronically filed with copies to:

JOHN O. HARALDSON
Assistant City Attorney
City Hall, 400 Robert D. Ray Dr.
Des Moines, Iowa  50309-1891
Email:  JOHaraldson@dmgov.org

ATTORNEY FOR DEFENDANTS