IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF IOWA

CENTRAL DIVISION

| | |
|---|---|
| NICHOLAS TEMPLETON,<br><br>  Plaintiff,<br>v.<br><br>CITY OF DES MOINES, IOWA; MICHAEL FONG and JASON NOBLE, in their individual and official capacities,<br><br>  Defendants. | Case No. 4:21-cv-188<br><br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO AMEND TO ADD BECKER, DAHLEN AND CUPPY AS DEFENDANTS** |

COME NOW the Defendants and respond to Plaintiff's Motion to Amend. The Defendants after a review of the case law do not resist the addition of Officers Dahlen and Cuppy to Count I with respect to the Federal Complaint which would substitute defendants Fong and Noble with respect to that count.

The Defendants do, however, resist the addition of Officer Becker with respect to all claims asserted against him, as well as the State claim aspect of Count I with respect to Officers Dahlen and Cuppy.  Further, the Defendants object to the City of Des Moines as a Defendant with respect to Count II of the Complaint, a common law claim against the City of Des Moines only.

In support of the above, the Defendants, in addition to this Response, supply the Court with a Brief in Support of the position described above and an Appendix.

/s/<i>John O. Haraldson.</i><br>
JOHN O. HARALDSON AT0003231<br>
Assistant City Attorney<br>
400 Robert D. Ray Drive<br>
Des Moines, IA  50309-1891<br>
E-Mail:  joharaldson@dmgov.org

(515) 283-4072- telephone
(515) 237-1748 – facsimile

ATTORNEY FOR DEFENDANTS CITY OF DES MOINES, IOWA; MICHAEL FONG, And JASON NOBLE

Copy to:

Jim T. Duff
Thomas J. Duff
DUFF LAW FIRM, PLC
The Galleria
4090 Westown Pkwy, Suite 102
West Des Moines, Iowa 50266
jim@tdufflaw.com; tom@tdufflaw.com

Ben Lynch
Ben Lynch Law
8550 Hickman Road
Clive, Iowa 50325
email: ben@benlynchlaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above-entitled cause by transmittal to each of the attorneys of record at their respective email addresses disclosed on the pleadings of record on the 1st day of March 2022.

By:  ☐ U.S. Mail          ☐ Fax
     ☐ Hand-Delivered     ☒ E-Mail

Signature: */s/ John O. Haraldson*