IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF IOWA

CENTRAL DIVISION

| | |
|---|---|
| NICHOLAS TEMPLETON,<br><br>  Plaintiff,<br>v.<br><br>CITY OF DES MOINES, IOWA; ANDREW BECKER, MATHIEU DAHLEN, and BRIAN CUPPY, in their individual and official capacities,<br><br>  Defendants. | Case No. 4:21-cv-188<br><br><br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE SOME DOCUMENTS UNDER SEAL** |

COME NOW the Defendants, pursuant to Local Rules 5(c), 7 and 10 and respectfully requests the Court enter an Order permitting it to file certain documents in support of their Motion for Summary Judgment under seal. In support of its Motion, the Defendants state the following:

1. The Plaintiff asserts the defendants violated his rights under the Fourth Amendment of the Federal Constitution and Article I, Section 8 of the Iowa Constitution in engaging in excessive force in his arrest.

2. The Parties have agreed upon a Protective Order entered in this matter at Dkt. 10.

3. While the bulk of the material in the Appendix is not Confidential Material, some of the documents contain portions of medical records of the Plaintiff and are so such a nature they should remain Confidential and for the review of the parties only at this time.

4. Those documents will be contained in a separate Appendix and Statement of Facts filed separately from those filed publicly.

5. It would therefore be appropriate that these documents and references to them be filed separately and under seal.

WHEREFORE, Defendants request the Court grant its Motion and permit it to file certain documents and references thereto in support of this Motion for Summary Judgment under seal. The Defendants further and respectfully request expedited relief so that it may file its under-seal documents close in time to its Summary Judgment Motion set for April 25, 2022.

/s/*John O. Haraldson.*
JOHN O. HARALDSON AT0003231
Assistant City Attorney
400 Robert D. Ray Drive
Des Moines, IA  50309-1891
E-Mail:  joharaldson@dmgov.org
(515) 283-4072- telephone
(515) 237-1748 – facsimile

ATTORNEY FOR DEFENDANTS CITY OF DES MOINES, IOWA; ANDREW BECKER, MATHIEU DAHLEN AND BRIAN CUPPY

Copy to:

Jim T. Duff
Thomas J. Duff
DUFF LAW FIRM, PLC
The Galleria
4090 Westown Pkwy, Suite 102
West Des Moines, Iowa 50266
jim@tdufflaw.com; tom@tdufflaw.com

Ben Lynch
Ben Lynch Law
8550 Hickman Road
Clive, Iowa 50325
email: ben@benlynchlaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above-entitled cause by transmittal to each of the attorneys of record at their respective email addresses disclosed on the pleadings of record on the 18th day of April 2022.

By:  ☐ U.S. Mail             ☐ Fax
     ☐ Hand-Delivered        ☒ E-Mail

Signature: */s/ John O. Haraldson*