## UNITED STATES DISTRICT COURT
Southern District of Iowa

U.S. Courthouse
123 East Walnut Street
Des Moines, Iowa  50309

Clerk of Court's Office
www.iasd.uscourts.gov



Des Moines
Davenport
Council Bluffs

o: 515-284-6248
f : 515-284-6418

October 20, 2022

Polk County Clerk of Court
Civil Division
500 Mulberry Street, Unit 116
Des Moines, Iowa 50309

Dear Clerk:

Re: Remand of our Civil Case No. 4-21-cv-188
    Temleton v. City of Des Moines, et al.
    Polk County Case No. LACL150645

Pursuant to the judgment entered on August 25, 2022, enclosed is the above-captioned court file per order remanding the case back to the Iowa District Court for Polk County on Counts I and II.  Also enclosed is a copy of the docket sheet.

By a copy of this letter to parties of record, we are informing them that all future pleadings and correspondence should be sent to your court.

Thank you for your attention to this matter.  If you have questions, please do not hesitate to contact us at 515-284-6248 or at the address listed above.

Sincerely,

/s/ K. Watson
Case Manager


Enclosures